UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHIAS FRANCOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-4265** |
| **THE CITY OF GRETNA** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### ORDER AND REASONS

The plaintiff, Matthias Francois, filed a **Motion for Extension of Time (Rec. Doc. No. 29)**, in which he moves for a 90-day continuance of the non-jury trial set for January 19, 2012. Francois alleges that he needs additional time to investigate the defendants' discovery in preparation for trial. He also alleges that he is not able to afford the transportation to Louisiana to attend the trial.

Generally, the Court will extend its deadlines and scheduled dates upon a showing of good cause. "The good cause standard requires the 'party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension.'" *S&W Enterprises, LLC v. Southtrust Bank of Alabama, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (*quoting* 6A Charles Alan Wright et al., Federal Practice and Procedure § 1522.1 (2d Ed. 1990)). The trial in this matter has been scheduled since July 12, 2011.[1] Francois has had ample time to engage in discovery in preparation for the trial and to pursue avenues for his transportation back to Louisiana. He has not

---

[1] Rec. Doc. No. 14.

established a diligent effort to honor the deadlines set by the Court.  He, therefore, has not shown good cause for the Court to grant an extension.  Accordingly,

**IT IS ORDERED** that Francois's **Motion for Extension of Time (Rec. Doc. No. 29)** is **DENIED**.

New Orleans, Louisiana, this 2nd day of December, 2011.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**